WROBEL & SCHATZ LLP
1040 AVENUE OF THE AMERICAS
11TH FLOOR
NEW YORK, NEW YORK 10018
TEL: 212-421-8100
*Attorneys for Defendants Eric Malley and Malley Group*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CHRISTIAN STOKES,

    Plaintiff,

-against-

RONALD LUSKER, MARILYN LUSKER,
EBERT & ASSOCIATES, STEVEN EBERT, ESQ.,
ANDREWS BUILDING CORP., MALLEY GROUP,
ERIC MALLEY, and
85-87 MERCER STREET ASSOCIATES, INC.,

    Defendants.

-------------------------------------------------------X

STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1

08 CIV 3667
(CM) (DFE)

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Malley Group hereby states that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
   June 24, 2008

        WROBEL & SCHATZ LLP

        By: _____
         David C. Wrobel (DW 5242)
        1040 Avenue of the Americas, 11th Floor
        New York, NY 10018-3703
        Tel: (212) 421-8100
        *Attorneys for Defendants*
        *Eric Malley and Malley Group*