# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

June 24, 2008

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   Christian Stokes v. Ronald Lusker, et.al.
      **Index no. 08 Civ. 3667 (CM) (DFE)**

Dear Judge McMahon:

We are counsel for defendants Ebert & Associates and Steven Ebert, Esq. (the "Ebert Defendants").

We are writing with the consent of plaintiff's counsel to request an extension of time for the Ebert defendants to submit an answer or otherwise move to dismiss the Complaint pursuant to the Federal Rules of Procedure. Pursuant to this Honorable Court's Individual Practice Rules, we submit the following:

1. Following return of the Rule 4 Waiver, the original date to answer or otherwise move is June 24, 2008;

2. No prior requests for an adjournment or extension have been made; this is our first request for an extension;

3. Plaintiff's counsel consents to the extension of time;

4. This request may affect the initial conference set by the Court and scheduled for July 11, 2008.

Therefore, with the Court's permission we request that time be extended to and including July 11, 2008.

Thank you for your consideration of this matter.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lauren J. Rocklin, Esq. (LR 7370)

**SEE ATTACHED SERVICE LIST**

3273348.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

---

www.wilsonelser.com

## SERVICE LIST

TO:   Joseph H. Neiman, Esq.,
    Attorney for the *Plaintiff*
    CHRISTIAN STOKES
    39 Hudson Street
    Hackensack, NJ 07601
    Ronald and Marilyn Lusker
    *Defendants*
    85-87 Mercer Street
    New York, NY

cc:   Andrews Building Corp
    666 Broadway
    New York, NY 10118
    *Defendant*

    Eric Malley
    The Malley Group
    *Defendants*
    95 Morton Street,
    New York, NY 10014

    85-87 Merer Street Associates Inc.
    New York, NY 10014
    *Defendants*

3273348.1