UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
CHRISTIAN STOKES,

                Plaintiff,

vs.

RONALD LUSKER, MARILYN KOCHER LUSKER,
EBERT & ASSOCIATES, STEVEN EBERT, ESQ.,
ANDREWS BUILDING CORP., MALLEY GROUP,
ERIC MALLEY, 85-87 MERCER STREET
ASSOCIATES, INC.,

                Defendants.
———————————————————————x

CIVIL ACTION NO. 08 CV 3667
(McMahon, J.)

RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants 85-87 Mercer Street Associates, Inc. and Andrews Building Corp. (private non-governmental parties), certifies that said Defendants have no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:      June 25, 2008

                                          CANTOR, EPSTEIN & MAZZOLA, LLP
                                          *Attorneys for Defendants*
                                          *85-87 Mercer Street Associates, Inc. and*
                                          *Andrews Building Corp.*

                                          By: _____
                                              Bryan J. Mazzola (7970)
                                              49 West 37th Street
                                              New York, New York 10018
                                              212-768-4343