*Memortom/S*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTIAN STOKES,                                            :        Index No.: 08 CV 3667
                                                            :             (CM) (DFE)
                                            Plaintiff,       :
                                                            :
                    -against-                                :        **CONSENT TO CHANGE**
                                                            :          **ATTORNEYS**
RONALD LUSKER, MARILYN KOCHER LUSKER,   :
EBERT & ASSOCIATES, STEVEN EBERT, ESQ.,  :
ANDREWS BUILDING CORP., MALLEY GROUP, ERIC :
MALLEY, 85-87 MERCER STREET ASSOCIATES, INC., :
                                                            :
                                            Defendants.     :

------------------------------------------------------------X

    IT IS HEREBY CONSENTED THAT, Cantor, Epstein & Mazzola, LLP, 49 West 37th

Street, New York, New York 10018 be substituted as attorneys of record for defendants Andrews

Building Corp., and 85-87 Mercer Street Associates, Inc., in the above entitled action in place and

stead of the undersigned attorney as of the date hereof.


Date:       New York, New York
            June 9, 2008

                                    STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
                                    *Outgoing Attorneys for Defendants Andrews*
                                    *Building Corp., and 85-87 Mercer Street*
                                    *Associates, Inc,*

                                    By: _____
                                            James R. Bennett
                                            675 Third Avenue
                                            New York, New York 10017
                                            212-681-6500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

6-26-08

**ANDREWS BUILDING CORP.**

By: _____

STATE OF NEW YORK )

                      SS:

COUNTY OF NEW YORK)

             On the 17 day of June in the year 2008 before me, the undersigned, personally appeared Natali Hernandez personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

> CATHERINE BUSH
> Notary Public - State of New York
> No. 5015816
> Qualified in Kings County
> My Comm. Expires Jul. 26, 2009

_____
Notary Public

**85-87 MERCER STREET ASSOCIATES, INC.**

By: _____

STATE OF NEW YORK )

                      SS:

COUNTY OF NEW YORK)

             On the 17 day of June in the year 2008 before me, the undersigned, personally appeared Johannes Girardoni , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

> CATHERINE BUSH
> Notary Public - State of New York
> No. 5015816
> Qualified in Kings County
> My Comm. Expires Jul. 26, 2009

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

CHRISTIAN STOKES,

                      Plaintiff,

     vs.

RONALD LUSKER, MARILYN KOCHER LUSKER,
EBERT & ASSOCIATES, STEVEN EBERT, ESQ.,
ANDREWS BUILDING CORP., MALLEY GROUP,
ERIC MALLEY, 85-87 MERCER STREET
ASSOCIATES, INC.,

                    Defendants.
————————————————————X

**CIVIL ACTION
NO. 08 CV 3667
(McMahon, J.)**

**AFFIDAVIT PURSUANT TO
LOCAL CIVIL RULE 1.4**

JAMES R. BENNETT, ESQ., of STEMPEL BENNETT CLAMAN & HOCHBERG, P.C., being
duly sworn, deposes and says:

1. I am a member of STEMPEL BENNETT CLAMAN & HOCHBERG, P.C., corporate

    counsel to 85-87 Mercer Street Associates (The "Cooperative").

2. On or about April 25, 2008, the Cooperative, along with its managing agent, Andrews

    Building Corp., (together with the Cooperative referred to as the "Cooperative

    Defendants") were served with a Summons and Complaint in this action.

3. The undersigned counsel appeared and executed a Waiver of Service of Summons Form

    on behalf of the Cooperative Defendants in order to ensure preservation of their rights.

4. Since our initial appearance, the Cooperative Defendants have retained separate litigation

    counsel, Cantor, Epstein and Mazzola, LLP, to represent their legal interests in the above-

    captioned matter.

5.  Based on the foregoing, together with the accompanying fully executed Consent to

Change Attorneys form, I respectfully request that this Court permit Cantor, Epstein and

Mazzola, LLP to be substituted as counsel for the undersigned counsel in the above-

captioned matter.

JAMES R. BENNETT, ESQ.
Stempel, Bennett, Claman & Hocheberg, P.C.
675 Third Avenue
New York, New York 10017

Sworn to me before me this

25ᵗʰ day of June, 2008

Notary Public

CHRIS OMALLEY
Notary Public, State of New York
No. 01OM6119351
Qualified in Queens County
Commission Expires November 29, 20___