*Joseph H. Neiman*
ATTORNEY AT LAW
39 HUDSON STREET
HACKENSACK, NEW JERSEY 07601

TEL: (201) 487-0061
FAX: (201) 883-0767
E-MAIL: J.NEIMAN@VERIZON.NET

MEMBER NJ & NY BAR

NEW YORK OFFICE

179-36 80 TH ROAD
JAMAICA ESTATE, NEW YORK 11432

June 26, 2008

**MEMO ENDORSED**

**VIA FACSIMILE NO. (212) 805-6326**
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

RE: Christian Stokes vs. Ronald Lusker, et als.
Civil Action No. 08 Civ. 3667 (CM)(DFE)

Dear Judge McMahon:

I am the attorney for plaintiff, Christian Stokes, with regard to the above-referenced matter. I am in receipt of two motions to dismiss the complaint filed via ECF on June 24, 2008, one as to defendants Ronald Lusker and Marilyn Kocher Lusker and the other as to defendants, Eric Malley and Malley Group. My opposition to defendant Luskers' motion is due on July 8 and opposition to defendant Malley's motion on July 7.

Please be advised that I am presently away on vacation and will not be back until July 3. Therefore, I respectfully request an extension of time to reply to said motions to and including July 21, 2008 with defendants replies do by August 1, 2008.

I have the consent of my adversaries, David Tobias, attorney for Ronald and Marilyn Kocher Lusker and Steven Fox, attorney for Eric Malley and Malley Group.

Thank you for your consideration of this request.

Respectfully Yours,

6/30/08 Granted

Joseph H. Neiman

JHN:djb
Cc: David Wrobel, Esq. (via fax no. 212-421-8170)
    Barry M. Karson, Esq. (via fax no. 212.490.84__)
    Lauren Rockland, Esq. (via fax no. 212.490.30__)
    Edmond P. O'Brien, Esq. (via fax no. 212.681____)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08