# KARSON & LONG, LLP
### ATTORNEYS AT LAW

600 THIRD AVENUE, 15TH FLOOR
NEW YORK, NY 10016

(212) 490-8026
FAX: (212) 490-8413

BARRY M. KARSON*
STEPHEN P. LONG

*ALSO ADMITTED IN FL & MA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

WHITE PLAINS, NY 10601
(914) 761-0076

June 25, 2008

**FEDERAL EXPRESS #7920 7659 5796**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Christian Stokes v. Ronald Lusker, et al.
08 Civ. 3667 (CM) (DFE)

Dear Judge McMahon:

We are the attorneys for the defendants Ronald Lusker and Marilyn Kocher Lusker (together, the "Luskers") in the referenced case. Pursuant to Your Honor's Individual Practices 2A, we respectfully enclose with this letter courtesy copies of our notice of motion to dismiss the complaint as to the Luskers, an affidavit in support of motion, and a memorandum of law in support of motion, all dated June 19, 2008. The motion was filed with ECF on June 24, 2008, as reflected in the filing receipts attached to the rear of the courtesy copies. In accordance with Your Honor's Individual Practices 2E, the Luskers respectfully request oral argument on the motion.

Moreover, the Order Scheduling an Initial Pretrial Conference in this case, dated April 24, 2008 (the "Order"), set an initial pretrial conference for July 11, 2008 at 11:00 a.m. In accordance with paragraph 4 of the Order, I respectfully request that the Court adjourn the conference until the motion to dismiss is fully briefed.

*[Handwritten endorsement: No. That is not my practice.]*

Respectfully submitted,

By: _____
Barry M. Karson (BK-0177)

Enclosures
cc: Joseph H. Neiman, Esq. (By Electronic Mail) (j.neiman@verizon.net)
    Attorney for Plaintiff

Lauren Rocklin, Esq. (By Electronic Mail) (Lauren.rocklin@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorney for Defendants, Steven Ebert, Esq. and Ebert & Associates

Steven Fox, Esq. (By Electronic Mail) (fox@wandslaw.com)
Wrobel & Schatz
Attorney for Defendants, Malley Group and Eric Malley