UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
CHRISTIAN STOKES,

                     Plaintiff,                08 Civ. 3667 (CM) (DFE)

- against -

RONALD LUSKER, MARILYN KOCHER LUSKER,      **RULE 7.1 STATEMENT**
EBERT & ASSOCIATES, STEVEN EBERT, ESQ.,
ANDREWS BUILDING CORP., MALLEY GROUP,      **Hon. Colleen McMahon**
ERIC MALLEY, 85-87 MERCER STREET
ASSOCIATES, INC.

                   Defendants.
------------------------------------------- X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and in order to enable the judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendants EBERT & ASSOCIATES, STEVEN EBERT, ESQ., hereby certify that there are no corporate parents, affiliates and/or subsidiaries of said parties in which securities or other interests are publicly traded or held.

Dated:      New York, New York
              July 10, 2008

                                              Respectfully submitted,

                                              WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP

                                              By: _____
                                              Thomas W. Hyland (TWH 3559)
                                              Lauren J. Rocklin (LR 7370)
                                              *Attorneys for Defendants*
                                              *Ebert & Associates and Steven Ebert, Esq.*
                                              150 East 42nd Street
                                              New York, New York 10017-5639
                                              (212) 490-3000
                                              File No. 07765.00101

TO:   **Joseph H. Neiman, Esq.,**
Attorney for the *Plaintiff*
*Christian Stokes*
39 Hudson Street
Hackensack, NJ 07601

**Barry M. Karson, Esq.**
Karson & Long, LLP
Attorneys for *Defendants*
*Ronald and Marilyn Lusker*
600 Third Avenue, 15th Floor
New York, NY 10016

**Steven Ira Fox, Esq.**
Wrobel & Schatz LLP
Attorneys for *Defendants*
*Eric Malley & The Malley Group*
757 Third Ave., Suite 1903
New York, NY 10017

**Bryan J. Mazzola, Esq.**
Cantor, Epstein & Mazzola, LLP
Attorneys for *Defendants*
*85-87 Mercer Street and Andrews Building Corp*
49 West 37th Street
New York, NY 10118

3280472.1