UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Christian Stokes,

       Plaintiff(s),                    08 Civ. 3667 (CM) (DFE)

  -against-                           CALENDAR NOTICE

Ronald Lusker, et al,
       Defendant(s).
-----------------------------------------------------X

      Please take notice that the above captioned matter has been **re-scheduled** for:

___ Pre-trial Conference    ___ Status Conference    ___ Oral argument
___ Settlement conference   ___ Plea Hearing          (Bankruptcy Appeal)
_✓_ Rule (16) conference    ___ Final pre-trial conference
___ Telephone Conference  ___ Jury Selection and Trial
___ Non-Jury Trial           ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Thursday, July 17, 2008 at 10:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

     Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: July 11, 2008
       New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

So Ordered

_[signature]_
Colleen McMahon, U.S.D.J