UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Christian Stokes

                    Plaintiff,

                                                                                      08   CIVIL 3667      (CM   )(DFE)

        -against-

Ronald Lusker et al.,

                    Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Steven I. Fox

☒    *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 2972339

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒    *Address:*    1040 Avenue of the Americas, 11th Floor
                              New York, NY 10018

☐    *Telephone Number:* _____

☐    *Fax Number:* _____

☐    *E-Mail Address:* _____

Dated: 7/17/08