UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
CHRISTIAN STOKES,                                        :        Index No.: 08 CV 3667
                                                         :              (CM) (DFE)
                                              Plaintiff, :
           -against-                                     :        APPEARANCE AND
                                                         :        REQUEST FOR
RONALD LUSKER, MARILYN KOCHER LUSKER,                    :        SERVICE OF PAPERS
EBERT & ASSOCIATES, STEVEN EBERT, ESQ.,                  :
ANDREWS BUILDING CORP., MALLEY GROUP, ERIC               :
MALLEY, 85-87 MERCER STREET ASSOCIATES, INC.,            :
                                                         :
                                           Defendants.   :

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that the undersigned hereby appears as counsel in the above-entitled action for defendants Andrews Building Corp., and 85-87 Mercer Street Associates, Inc., and requests that all notices given and all papers served in this action be given and served upon the undersigned as follows:

Bryan J. Mazzola, Esq.
**CANTOR, EPSTEIN & MAZZOLA, LLP**
49 West 37th Street
New York, New York 10018
Phone: (212) 768-4343
Fax: 212-717-0717
Email: Mazzola@cem-law.com

Date:   New York, New York
        July 18, 2008

                                         **CANTOR, EPSTEIN & MAZZOLA, LLP**
                                         *Attorneys for Andrews Building Corp., and 85-87*
                                         *Mercer Street Associates, Inc.*

                                         By:   /s/ Bryan J. Mazzola
                                                Bryan J. Mazzola (7970)
                                                49 West 37th Street
                                                New York, New York 10018
                                                (212) 768-4343