UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
| | |
|---|---|
| CHRISTIAN STOKES, : | Index No.: 08 CV 3667 |
| : | (CM) (DFE) |
| Plaintiff, : | |
| -against- : | **NOTICE OF NAME** |
| : | **CHANGE** |
| RONALD LUSKER, MARILYN KOCHER LUSKER, : | |
| EBERT & ASSOCIATES, STEVEN EBERT, ESQ., : | |
| ANDREWS BUILDING CORP., MALLEY GROUP, ERIC : | |
| MALLEY, 85-87 MERCER STREET ASSOCIATES, INC., : | |
| : | |
| Defendants. : | |

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that effective immediately the law offices of Cantor, Epstein and Degenshein, LLP is now Cantor, Epstein & Mazzola, LLP. All other relevant contact information remains the same.

Date:   New York, New York
        July 18, 2008

                                              **CANTOR, EPSTEIN & MAZZOLA, LLP**
                                              *Attorneys for Andrews Building Corp., and 85-87*
                                              *Mercer Street Associates, Inc.*

                                              By:   /s/ Bryan J. Mazzola
                                                      Bryan J. Mazzola (7970)
                                                      49 West 37th Street
                                                      New York, New York 10018
                                                      (212) 768-4343