UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTIAN STOKES,

            Plaintiff,

-against-

RONALD LUSKER, MARILYN KOCHER LUSKER, EBERT & ASSOCIATES, STEVEN EBERT, ESQ., ANDREWS BUILDING CORP., MALLEY GROUP, ERIC MALLEY, 85-87 MERCER STREET ASSOCIATES, INC.,

            Defendants
------------------------------------------------------------------------X

Index No.: 08 CV 3667
(CM) (DFE)

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE**, that upon the affirmation of Bryan J. Mazzola, sworn to on July 30, 2008, the exhibits annexed thereto, the accompanying memorandum of law, and upon all of the pleadings and proceedings heretofore had herein, defendants Andrews Building Corp. and 85-87 Mercer Street Associates, Inc., (the "Cooperative Defendants"), will move this Court, before the Hon. Colleen McMahon, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a time and date to be determined by the Court, for an order, pursuant to FRCP 12(c), granting judgment on the pleadings dismissing the complaint in its entirety as against the Cooperative Defendants and granting further relief as to this Court may seem just, proper and equitable.

Dated: New York, New York
    July 30, 2008

                 **CANTOR, EPSTEIN & MAZZOLA, LLP**
                 *Attorneys for the Cooperative Defendants*

                 By:_____/S/ Bryan J. Mazzloa_____
                    Bryan J. Mazzola (7970)
                 49 West 37$^h$ Street, 7th Floor
                 New York, New York 10018
                 (212) 768-4343